NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**QUINN P. HARRINGTON, OSB #083544**
Quinn.Harrington@usdoj.gov
**WILLIAM M. NARUS, CAB #243633**
William.Narus@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00237-HZ-007 |
| v. | **MOTION TO UNSEAL SECOND SUPERSEDING INDICTMENT AS TO DENIS MIHAQLOVIC DUBNIKOV ONLY** |
| **DENIS MIHAQLOVIC DUBNIKOV,** | |
| Defendant. | |

The United States of America hereby moves this Court for an order unsealing the Second Superseding Indictment as to defendant Denis Mihaqlovic Dubnikov only. The United States had asked that the Second Superseding Indictment in this matter be filed under seal pending apprehension of the defendant. The arrest of Denis Mihaqlovic Dubnikov has occurred and

/ / /

/ / /

/ / /

release of the Second Superseding Indictment is necessary for arraignment and other court purposes. A redacted indictment has been provided to the Court.

| | |
|---|---|
| Dated: August 17, 2022 | Respectfully submitted, |
| | NATALIE K. WIGHT<br>United States Attorney |
| | */s/ William M. Narus*<br>QUINN P. HARRINGTON, OSB #083544<br>WILLIAM M. NARUS, CAB #243633<br>Assistant United States Attorneys |