UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00237-HZ-007 |
| v. | ORDER TO UNSEAL SECOND SUPERSEDING INDICTMENT AS TO |
| DENIS MIHAQLOVIC DUBNIKOV, | DENIS MIHAQLOVIC DUBNIKOV ONLY |
| Defendant. | |

Upon motion of the government,

IT IS HEREBY ORDERED that the Clerk unseal the Second Superseding Indictment as to DENIS MIHAQLOVIC DUBNIKOV only.

Dated: August 17, 2022

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ William M. Narus*
QUINN P. HARRINGTON, OSB #083544
WILLIAM M. NARUS, CAB #243633
Assistant United States Attorneys