ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>Denis Mihaqlovic Dubnikov<br><br>*Defendant* | )<br>)  Case No. 3:20-cr-00237-JO-7<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Denis Mihaqlovic Dubnikov,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☑ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit the Laundering of Monetary Instruments

Date: 08/12/2021

City and State:   Portland, OR

s/K. Garcia
*Issuing officer's signature*

K. Garcia, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 09/16/2022
ARRESTED BY  FBI

U.S. MARSHAL
BY E. CATOR

*Arresting officer's signature*

*Printed name and title*