**JOANNA T. PERINI-ABBOTT**, OSB No. 141394
joanna@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Denis Mihaqlovic Dubnikov*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DENIS MIHAQLOVIC DUBNIKOV, <br><br> Defendant. | Case No. 3:20-cr-00237-HZ-007 <br><br> DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT |

Defendant, Denis Mihaqlovic Dubnikov, through his counsel, Joanna T. Perini-Abbott, moves this court for a temporary release of his passport on Wednesday January 25, 2023, from approximately noon until 5pm. Mr. Dubnikov requires his passport as proof of identification to have certain documents notarized. Undersigned counsel or another attorney from her office will remain with Mr. Dubnikov and his passport during the time it is out of pretrial's custody and will return it before close of business on Wednesday January 25. Undersigned counsel has conferred with the government on this request, and they do not oppose it.

DATED January 20, 2023

                                              Respectfully submitted,

                                              s/ Joanna T. Perini-Abbott

PAGE 1 – DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT

        **ANGELI LAW GROUP LLC**
        **JOANNA T. PERINI-ABBOTT**
        OSB No. 141394
        *Attorneys for Defendant Denis Mihaqlovic Dubnikov*