**TYLER FRANCIS**, OSB No. 162519
tyler@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Denis Mihaqlovic Dubnikov*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 3:20-cr-00237-HZ-007 |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| **DENIS MIHAQLOVIC DUBNIKOV** | |
| Defendant. | |

      Please take notice that Tyler Francis of Angeli Law Group LLC hereby enters his appearance in the above-captioned matter as counsel for Denis Mihaqlovic Dubnikov. He respectfully requests that all pleadings, notices, orders, and other papers in this action be served upon him at:

      Tyler Francis
      121 SW Morrison Street, Suite 400
      Portland, Oregon 97204
      Telephone: (503) 954-2232
      Facsimile: (503) 227-0880
      Email: tyler@angelilaw.com

      DATED: February 1, 2023

PAGE 1 – NOTICE OF APPEARANCE

ANGELI LAW GROUP LLC

<u>s/ Tyler Francis</u>
Tyler Francis
tyler@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Denis Mihaqlovic Dubnikov*