UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENIS MIHAQLOVIC DUBNIKOV,<br><br>Defendant. | 3:20-cr-00237-HZ<br><br>**PRELIMINARY ORDER OF FORFEITURE AND MONEY JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT DENIS MIHAQLOVIC DUBNIKOV** |

IT IS HEREBY ORDERED:

1. As the result of the guilty plea on Count 1 of the Second Superseding Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 982, defendant shall forfeit to the United States all property representing proceeds of the offense.

2. Defendant is ordered to forfeit proceeds in the amount of $2,000 in United States currency in the form of a money judgment, representing a portion of the proceeds of defendant's criminal activity.

3. Upon the entry of this Order, the United States is authorized to conduct discovery to identify, locate, or determine disposition of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

5. Pursuant to Rule 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be a part of the sentence and shall be included in the judgment.

6. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. When property is located, it is to be held by the United States in its secure custody pending resolution of all third-party interests as provided in 21 U.S.C. § 853(n).

IT IS SO ORDERED this  11   day of April 2023.

*Marco Hernandez*
HON. MARCO A. HERNÁNDEZ
United States Chief District Judge

Respectfully Submitted,

NATALIE K. WIGHT, OSB #035576
United States Attorney

*/s/ Quinn Harrington*
_____
QUINN P. HARRINGTON
Assistant United States Attorney